# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-02543 JEM | Date | July 7, 2014 |
|---|---|---|---|
| Title | Trustees Of The Operating Engineers Pension Trust v. Teresa Ruibal, et al. | | |

Present: The Honorable   JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

On June 4, 2015, Plaintiff Trustees Of The Operating Engineers Pension Trust presented a Motion for Default Judgment against Defendant Teresa Ruibal and a Motion for Discharge of Stakeholder and for Attorney's Fees. Ms. Ruibal did not file any opposition to the above motions and did not appear at the hearing. Nonetheless, before granting the above motions, the Court directed Plaintiff to <u>personally</u> serve the above motions on Ms. Ruibal and file proof of service of same. The Court admonishes Ms. Ruibal that failure to file an opposition to the above motions and to show cause why they should not be granted will result in a default judgment being entered against her. Ms. Ruibal shall file any opposition and any response to the OSC by **August 10, 2015**. The Court continues the motion hearing to **August 17, 2015 at 10:00 a.m.**

cc: Parties

:
Initials of Preparer   sa