# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>TERESA RUIBAL, an individual, and JACOB MCALESTER, an individual,<br><br>    Defendants. | Case No. CV 15-02543-GHK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

  **IT IS HEREBY ORDERED** that Plaintiff's Motion for Default Judgment and Discharge of Stakeholder and for Attorneys' Fees and Costs be GRANTED and that JUDGMENT be entered in the form attached as Exhibit A to the Proposed Order submitted by Plaintiff.

DATED:  9/29/15

                     GEORGE H. KING
                     UNITED STATES DISTRICT JUDGE